STATE v. ANDREWS

No. 16.

Case below: 14 N.C. App. 662.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 August 1972.


STATE v. BLACK

No. 30.

Case below: 14 N.C. App. 373.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 July 1972.


STATE v. CAMPBELL

No. 118 PC.

Case below: 14 N.C. App. 493.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972. Appeal dismissed 31 July 1972.


STATE v. CAMPBELL

No. 14.

Case below: 14 N.C. App. 493.

State's petition for writ of certiorari to North Carolina Court of Appeals allowed 31 July 1972.


STATE v. COFFEY

No. 148 PC.

Case below: 14 N.C. App. 642.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.